UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN GOLDEN, | ) | Case No. CV 10-2807-AHM(RC) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| G.J. GARIBAY, et al., | ) | MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) Claim One fails to state a claim upon which relief can be granted, and is frivolous; (3) Claim Two is unexhausted administratively; (4) Judgment shall be entered dismissing with prejudice all claims against defendant G.J. Garibay; (5) Judgment shall be entered dismissing without prejudice all claims against John Marshall, J. Cutillo, P.E.

1  Noland, S.B. Gray and J. Vosignt; and (6) the dismissal of this
2  action constitutes a strike under 28 U.S.C. § 1915(g).
3
4       IT IS FURTHER ORDERED that the Clerk shall serve copies of
5  this Order and the Magistrate Judge's Report and Recommendation by
6  the United States mail on the plaintiff.
7
8  DATED:   10/20/10
9                                    _____
10                                          A. HOWARD MATZ
                                      UNITED STATES DISTRICT JUDGE
11 R&Rs\10-2807.ado
   9/16/10
12

2