UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN GOLDEN, | ) | Case No. CV 10-2807-AHM(RC) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| G.J. GARIBAY, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that Judgment be entered dismissing with prejudice the complaint and action against defendant G.J. Garibay.

IT IS FURTHER ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action against defendants John Marshall, J. Cutillo, P.E. Noland, S.B. Gray and J. Vosignt.

DATED:  10/20/10

　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&Rs\10-2807.jud
9/16/10